**Louis Jonathan CUTWRIGHT, Plaintiff–Appellant**

v.

**Sean CRAWFORD; Sheryl Dahm; Tracy Dietsch; Cindy Wolmutt; William Sperfslage, Defendants–Appellees.**

No. 14–3125.

United States Court of Appeals, Eighth Circuit.

Submitted: March 16, 2015.

Filed: March 17, 2015.

Louis Jonathan Cutwright, Anamosa, IA, pro se.

Before BYE, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Louis Cutwright appeals after the district court [1] dismissed his pro se 42 U.S.C.

---

§ 1983 complaint preservice under 28 U.S.C. § 1915A, and denied his post-judgment motion for reconsideration. Upon careful review, we find no basis for reversal. *See Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (de novo review of § 1915A dismissal); *see also Ackerland v. United States*, 633 F.3d 698, 701 (8th Cir.2011) (appellate court typically construes self-styled motion for reconsideration as Fed.R.Civ.P. 59(e) motion to alter or amend judgment, or as Fed. R.Civ.P. 60(b) motion for relief from judgment); *Miller v. Baker Implement Co.*, 439 F.3d 407, 414 (8th Cir.2006) (appellate court reviews denial of motions under Rule 59(e) or 60(b) for abuse of discretion).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.